**Order entered June 21, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00261-CV

### IN THE INTEREST OF A.B. AND E.B., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53861-2020**

### ORDER

Before the Court is a copy of a receipt showing appellant has paid for the clerk's record. It appears the copy, filed June 18th, was in response to our June 17th order directing appellant to provide, within ten days, written verification he had paid or made arrangements to pay for the reporter's record or is entitled to proceed without payment of costs under Texas Rule of Civil Procedure 145. However, the fee for the reporter's record, which consists of the transcription of the trial court proceedings and exhibits designated by appellant, is separate from the fee for the clerk's record and is to be paid to the reporter. It appears the

reporter who recorded the proceedings in this case is Jan Dugger, the Official Court Reporter for the 296th Judicial District Court.

Accordingly, on the Court's own motion, we **EXTEND THE DEADLINE** for filing the requested verification to July 2, 2021. We again caution appellant that failure to file the requested verification may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P.37.3(c).

/s/  KEN MOLBERG
JUSTICE